United States District Court
Southern District of Texas
**ENTERED**
September 26, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **LORENZO SIERRA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 5:24-CV-30** |
| | § | |
| **JST TRANSPORTES S.A. DE C.V. et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Defendants' Motion to Compel Plaintiff's Discovery Responses, (Dkt. No. 10), for which United States Magistrate Judge Christopher dos Santos provided a Report and Recommendation. (Dkt. No. 16). In his report and recommendation, Judge dos Santos recommends that the Court grant the Defendants' Motion to Compel Plaintiff's Discovery Responses with respect to Requests for Admission numbers 33 and 34, and Requests for Production numbers 8, 22, 46, 49, 57, 58, and 59. (*Id.* at 12). Judge dos Santos further recommends that the Court deny Defendants' motion with respect to Requests for Admission numbers 14 and 15. (*Id.*). Finally, Judge dos Santos recommends that the Court grant Defendants' motion as modified in the recommendation with respect to Request for Production number 1. (*Id.*). The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(a), the Court reviewed the report and recommendation for clear error. *Moore v. Ford Motor Co.*, 755 F.3d 802, 808 (5th Cir. 2014). Finding none, the Court hereby **ADOPTS IN WHOLE** the report and recommendation. Accordingly, the Defendants' Motion to Compel Plaintiff's Discovery Responses, (Dkt. No. 10), with respect to Requests for Admission numbers 33 and 34, and Requests for Production numbers 8, 22, 46, 49, 57, 58, and 59 is **GRANTED** and the Defendants' motion with respect to Requests for Admission numbers 14 and 15 is

**DENIED**. The Court **GRANTS AS MODIFIED** Defendants' motion with respect to executing the authorization referenced in Request for Production number 1.

It is so **ORDERED**.

**SIGNED** on September 26, 2024.

_____
John A. Kazen
United States District Judge